### Derrick HOBSON, Appellant,

v.

### Captain STEED, Garland County Detention Center; Deputy Wynn; Deputy Shirley; Deputy Dunn; Deputy Worley; Deputy Grinness, Appellees.

### No. 07–1346.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 17, 2007.

Filed: Dec. 21, 2007.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Former Arkansas pretrial detainee Derrick Hobson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from an accidental fall from a top bunk during incarceration and from the medical treatment he received thereafter. Having carefully reviewed the record and considered Hobson's arguments, we conclude that the district court properly granted summary judgment on his claims that defendants were deliberately indifferent to his reasonable safety and deliberately indifferent to

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

his serious medical needs. *See Johnson v. Hamilton,* 452 F.3d 967, 971–72 (8th Cir. 2006) (standard of review). We decline to consider additional claims that he asserts for the first time on appeal. *See Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004).

Accordingly, we affirm. *See* 8th Cir. R. 47B.